

# Fourth Court of Appeals
## San Antonio, Texas

February 28, 2020

No. 04-19-00018-CV

**THE MAYAN AT SAN MARCOS RIVER, LLC** and City of Martindale, Texas,
Appellant

v.

**CITY OF SAN MARCOS**, Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 18-0958-CV-A
Honorable Jessica Crawford, Judge Presiding

# O R D E R

The panel assigned to hear oral argument in this appeal is familiar with the facts and requests that the parties be prepared to address the application of sections 43.901 and 43.054 and former section 43.028(b) of the Texas Local Government Code to these circumstances. In addition to the arguments in the briefs, the panel is interested in the distinction, if any, between the terms "consent" and "petition" as they are used in those statutes. The panel further requests that the parties be prepared to discuss these statutes in light of the analysis in *City of Murphy v. City of Parker*, 932 S.W.3d 479 (Tex. 1996) and *City of Celina v. City of Pilot Point*, No. 02-08-00230-CV, 2009 WL 2750978 (Tex. App.—Fort Worth Aug. 31, 2009, pet. denied).

Entered on this 28th day of February, 2020.

**PER CURIAM**

ATTESTED TO: _____
Michael A. Cruz,
Clerk of Court